# United States Court of Appeals
## For the Eighth Circuit

_____

No. 26-1124
_____

United States of America

*Plaintiff - Appellee*

v.

Angela Williams, also known as Angela Boston

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: June 2, 2026
Filed: June 8, 2026
[Unpublished]
_____

Before BENTON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Angela Williams received a 10-month sentence after she pleaded guilty to identity theft. *See* 18 U.S.C. § 1028(a)(7), (b)(2)(B). An *Anders* brief suggests the

district court[1] imposed a substantively unreasonable sentence.  *See Anders v. California*, 386 U.S. 738 (1967).

Upon careful review, we conclude that an enforceable appeal waiver covers this issue.  *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing the validity of an appeal waiver de novo); *United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir. 2003) (en banc) (explaining that an appeal waiver will be enforced if the appeal falls within its scope, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).  We have also independently reviewed the record and conclude that no other nonfrivolous issues exist.  *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988).  We accordingly dismiss the appeal and grant counsel permission to withdraw.

_____

---

[1]The Honorable Zachary M. Bluestone, United States District Judge for the Eastern District of Missouri.